No. 04–5462. ROMPILLA *v.* BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

SEPTEMBER 30, 2004

No. 04–5978. MCLAUGHLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.